# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144497

LABELLE LIMITED PARTNERSHIP,
          Plaintiff-Appellant,

v

CENTRAL MICHIGAN UNIVERSITY
BOARD OF TRUSTEES,
          Defendant-Appellee.

SC:  144497
COA:  303698
Court of Claims:
09-000051-MK

_____/

On order of the Court, the application for leave to appeal the November 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

d0514